# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

               Plaintiff

                  **v.**

SHERL DEAN BATISE,

               Defendant.

)
)
)
)
)
)
)
)
)

Case No.:    24-MJ-293-GLJ

Date:      9/23/2024

Time:     1:32 p.m. – 2:23 p.m.

.

## MINUTE SHEET – PRELIMINARY/ DETENTION HEARING

Gerald L. Jackson, Judge       T. Moore, Deputy Clerk    FTR Courtroom 4

Counsel for Plaintiff:    Ryan Conway, AUSA
Counsel for Defendant:  Lance Phillips, Appointed
Defendant: [X] present with counsel

### Government's Witnesses:

1.  Heath Smalley, SA, FBI

**MINUTES**: Government calls Witness #1: Heath Smalley. Government admits Exhibits 1, 2, 3, 4, 6, 9, 10, and 11, no objections. Cross-examination of Witness #1 by Defendant. Government rests. Defendant proceeds by proffer. Government proceeds by way of proffer/argument. Defendant proceeds by proffer/argument. Defendant rests. Nothing further by the parties.

### PRELIMINARY HEARING FINDINGS:
[X]  Based on the record, the Court finds a crime has been committed and that defendant committed that crime. (GLJ)

### DETENTION HEARING FINDINGS:
[  ] Court finds there is a serious risk that the defendant will endanger the safety of another person or the community and ordered defendant be detained (DES)
[  ]  Court finds there is a serious risk that the defendant will not appear (DES)

☒  Defendant waives Detention hearing.

[ X] Defendant remanded to custody of U.S. Marshal

☒  The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: TM