

FILED

SEP 23 2024

BONNIE HACKLER
Clerk, U.S. District Court
By
Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

SHERL DEAN BATISE,

    *Defendant.*

## EXHIBIT LIST

| Exhibit No. | Exhibit | Admitted |
|---|---|---|
| 1 | Map of Area of Crime Scene | ✓ |
| 2 | Residence Surveillance 5:08:57 to 5:10:13(approach) | ✓ |
| 3 | Residence Surveillance 5:10:14 to 5:11:30 (entry and gunshots) | ✓ |
| 4 | Residence Surveillance 5:11:31 to 5:12:47 (car returning) | ✓ |
| 5 | Residence Surveillance 5:12:48 to 5:14:04 | |
| 6 | Car Wash Bay 5:09:27 to 5:12:21 (car in bay) | ✓ |
| 7 | Car Wash Vacuums | |
| 8 | Car Wash side view | |
| 9 | Car Wash entrance/exit 5:09:25 to 5:09:44 (car enters) | ✓ |
| 10 | Car Wash entrance/exit 5:11:52 to 5:12:04 (other car) | ✓ |
| 11 | Car Wash entrance/exit 5:12:17 to 5:12:38 (car leaves) | ✓ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

_____
Ryan Conway
Assistant United States Attorney